# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) Kennedy, Heather L. | 2. Court or Organization District Court for the Northern Mariana Islands | 3. Date of Report 06/27/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Clerk of Court/Part-time Magistrate Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |
| 7. Chambers or Office Address 123 Kopa di Oru Street P.O. Box 500687 Saipan, MP 96950 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, Heather L. | 06/27/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Office of the Public Defender, Northern Mariana Islands - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, Heather L. | 06/27/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, Heather L. | 06/27/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of Hawaii accounts | A | Int./Div. | K | T | | | | | |
| 2. -American Funds VCSP/College America American Balance Fund 529A | C | Int./Div. | L | T | | | | | |
| 3. State of Missouri 401(a) plan | | | | | | | | | |
| 4. -Federated U.S. Govt. Securities 2-5 yr fund | A | Int./Div. | J | T | | | | | |
| 5. -Missouri 2020 fund | A | Int./Div. | J | T | | | | | |
| 6. -American Century Equity Inc. fund | A | Int./Div. | J | T | | | | | |
| 7. -American Century Ultra fund | A | Int./Div. | J | T | | | | | |
| 8. -Goldman Sachs Mid Cap Value | A | Int./Div. | K | T | | | | | |
| 9. -Neuberger Berman Genesis Trust | A | Int./Div. | J | T | | | | | |
| 10. -T Rowe Price Intl stock fund | A | Int./Div. | J | T | | | | | |
| 11. USAA 529 College savings plan - Age-Based Option 9-11: Moderate Port. | A | Int./Div. | K | T | | | | | |
| 12. Nationwide Annuity contract | | | | | | | | | |
| 13. -FIDVIP Hi Income initial | A | Int./Div. | J | T | | | | | |
| 14. -JNSASP FRTYSVC | A | Int./Div. | J | T | | | | | |
| 15. -NW AMFDS NVIT GLBL GR II | A | Int./Div. | J | T | | | | | |
| 16. -NW AMFDS NVIT GR II | A | Int./Div. | J | T | | | | | |
| 17. -NW NVIT LG CAP GR I | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, Heather L. | 06/27/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -NW NVIT MULT MGR SM CO I | C | Int./Div. | L | T | | | | | |
| 19. -NW NVIT REALEST I | A | Int./Div. | K | T | | | | | |
| 20. -VANECK VIP GL BHRD ASST INITIAL | A | Int./Div. | J | T | | | | | |
| 21. -WR IVY VIP ASST STRAT | A | Int./Div. | J | T | | | | | |
| 22. Calvert Equity Portfolio A | A | Int./Div. | J | T | | | | | |
| 23. Calvert Global Energy Solutions Fund A | A | Int./Div. | J | T | | | | | |
| 24. Calvert Global Water Fund A | A | Int./Div. | J | T | | | | | |
| 25. NMI Public Employee DC Plan | | | | | | | | | |
| 26. -BlackRock Health Sciences Opps Instl | A | Int./Div. | J | T | | | | | |
| 27. -BlackRock Inflation Protected Bond Ins | A | Int./Div. | J | T | | | | | |
| 28. -DFA US Small Cap Value I | A | Int./Div. | J | T | | | | | |
| 29. -Eagle Mid Cap Growth R6 | A | Int./Div. | J | T | | | | | |
| 30. -Fidelity MM Fds Money Market I | A | Int./Div. | J | T | | | | | |
| 31. -Fidelity Select Software & IT Svcs | A | Int./Div. | J | T | | | | | |
| 32. -Goldman Sachs Emerging Mkt Debt | A | Int./Div. | J | T | | | | | |
| 33. -Harbor Capital Appreciation Instl | A | Int./Div. | J | T | | | | | |
| 34. -Neuberger Berman High Income Bond | B | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, Heather L. | 06/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Templeton Global Bond Adv | A | Int./Div. | J | T | | | | | |
| 36. -Virtus Emerging Markets Opportunities | A | Int./Div. | J | T | | | | | |
| 37. -iShares Gold Trust | A | Int./Div. | J | T | | | | | |
| 38. USAA Investment Management Account | | | | | | | | | |
| 39. -USAA Government Securities Fund | A | Int./Div. | J | T | | | | | |
| 40. -USAA Precious Metals and Minerals Fund | A | Int./Div. | J | T | | | | | |
| 41. -USAA Tax Exempt Short-Term Fund | A | Int./Div. | | | Sold | 08/18/16 | J | A | |
| 42. Vanguard Life Strategy Moderate Growth Fund Roth IRA | B | Int./Div. | M | T | | | | | |
| 43. Vanguard Target Retirement 2025 - Traditional IRA | C | Int./Div. | M | T | | | | | |
| 44. Vanguard Convertible Securities Fund - Roth IRA | A | Int./Div. | K | T | | | | | |
| 45. Vanguard Wellesley Income Fund Inv - Roth IRA | B | Int./Div. | K | T | | | | | |
| 46. Vanguard Wellington Fund Admiral - Roth IRA | D | Int./Div. | M | T | | | | | |
| 47. Vanguard Investment Account | | | | | | | | | |
| 48. -Balanced Index Fund | A | Int./Div. | J | T | | | | | |
| 49. -Dividend Growth Fund | A | Int./Div. | J | T | | | | | |
| 50. -Energy Fund Investor | A | Int./Div. | J | T | | | | | |
| 51. -Equity Income Fund | A | Int./Div. | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, Heather L. | 06/27/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Explorer Fund Investor | A | Int./Div. | J | T | | | | | |
| 53. -GNMA Fund Investor | A | Int./Div. | J | T | | | | | |
| 54. -Health Care Fund | A | Int./Div. | J | T | | | | | |
| 55. -Intermediate Term Treasury | A | Int./Div. | J | T | | | | | |
| 56. -International Growth | A | Int./Div. | J | T | | | | | |
| 57. -Long Term Invest - GR | A | Int./Div. | J | T | | | | | |
| 58. -Long-Term Treasury | A | Int./Div. | J | T | | | | | |
| 59. -REIT Index Fund Adm | A | Int./Div. | J | T | | | | | |
| 60. -Small-Cap Growth Index | A | Int./Div. | J | T | | | | | |
| 61. -Total Bond Market Index | A | Int./Div. | J | T | | | | | |
| 62. -Total Intl Stock Ix | A | Int./Div. | J | T | | | | | |
| 63. -Putnam Multi Cap Growth Fund (IRA) | A | Int./Div. | J | T | | | | | |
| 64. -Putnam Multi Cap Growth Fund (Roth IRA) | B | Int./Div. | K | T | | | | | |
| 65. North Carolina Credit Union | A | Int./Div. | J | T | | | | | |
| 66. USAA Certificate of Deposit | A | Int./Div. | J | T | | | | | |
| 67. USAA Savings Account | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, Heather L. | 06/27/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, column A, line 14 - This fund was reported in 2015 as JNSASP FRTSVC. It is reported in 2016 as JNSASP FRTY SVC. The letter Y was added after FRT. The name matches what was reported by the investment firm.

Part VII, column A, line 18 - This fund was reported in 2015 as NW NVIT MTUL MGR SM CO I. This is a misspelling. In 2016 this fund is reported as NW NVIT MULT MGR SM CO I. The name matches what was reported by the investment firm.

Part VII, column A, line 21 - This fund was reported in 2015 as WR VIP ASST STRAT. It is reported in 2016 as WR IVY VIP ASST STRAT. The letters IVY were added after WR. The name matches what was reported by the investment firm.

Part VII, column A, line 30 - This fund was reported in 2015 as Fidelity Instl Money Market. It is reported in 2016 as Fidelity MM Fds Money Market I. The name matches what was reported by the investment firm.

Part VII lines 3,12,25,38 and 47 are header accounts.

Amended Form with 06/27/17 date
Part VII, column A, line 2 - added the words "American Balanced Fund 529 A"
Part VII, column A, line 11 - added the words "Age-Based Option 9-11: Moderate Port."

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, Heather L. | 06/27/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Heather L. Kennedy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544